IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


JESSICA MARS                                                    PLAINTIFF


        v.                      Civil No. 5:09-cv-05050


MICHAEL J. ASTRUE                                              DEFENDANT
Commissioner, Social Security Administration

                              JUDGMENT

     NOW on this 30th day of March, 2010, comes for consideration

the **Report and Recommendation,** dated March 1, 2010 by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western

District of Arkansas (document #12).   Fourteen (14) days have

passed without objections being filed by the parties.

     The Court has reviewed this case, and being well and

sufficiently advised, finds that the Report and Recommendation is

proper and should be **adopted in its entirety**.   Accordingly, the

Court hereby adopts the Report and Recommendation, reverses the

decision of the Commissioner, and remands this case to the

Commissioner for further consideration pursuant to sentence four of

42 U.S.C. § 405(g).

     If plaintiff wishes to request an award of attorney's fees and

costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, an

application may be filed up to thirty (30) days after the judgment

becomes "not appealable," i.e. thirty (30) days after the sixty

(60) day time for appeal has ended.   *See Shalala v. Schaefer,* 509

U.S.   292,   296,   113   S.Ct.   2625   (1993);   28   U.S.C.

§§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE